JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAR BALBUENA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. JACKSON, et al.<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-08789-MEMF-MRW<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PAY FEES** |

　　　Plaintiff Javier Balbuena ("Mr. Balbuena") filed this action on December 3, 2022. *See* ECF No. 1. Also on December 3, 2022, Mr. Balbuena filed a Request to Proceed Prepayment of Filing Fees, also known as a Request to Proceed in Forma Pauperis ("Request"). ECF No. 3.

　　　On March 15, 2023, the Court denied Mr. Balbuena's Request, based on a finding that he had the ability to prepay the full filing fee. ECF No. 7. The Court ordered Mr. Balbuena to pay the filing fee within 30 days of that order, a deadline of April 14, 2023. *Id.* As of the date of this order, Mr. Balbuena has failed to pay the filing fee as required.

　　　Accordingly, the Court hereby ORDERS that this action be dismissed without prejudice.


| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: May 19, 2023 |

                                               _____
                                               MAAME EWUSI-MENSAH FRIMPONG
                                               United States District Judge